# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| SANDRA BROOKS | : | CASE NO. 18-69497-BEM |
| aka SANDRA HITT BROOKS | : | |
| aka SANDRA LYNN BROOKS | : | |
| Debtor. | : | JUDGE ELLIS-MONRO |

## AMENDMENT TO SCHEDULE A/B, AND THE SUMMARY OF ASSETS AND LIABILITIES

COMES NOW the debtor SANDRA BROOKS, and hereby files this Amendment to the voluntary petition as follows:

1.

Debtor amends Schedule A/B to change the designation of her Brighthouse retirement account from a pension to a life policy variable annuity.

2.

Debtor amends the Summary of Assets and Liabilities to reflect these changes.

WHEREFORE, said Debtor has appropriately amended her bankruptcy petition.

This the 17th day of December, 2018.

By:

PEACHTREE LAW GROUP, P.A.           /s/ Peter Bricks
PETER BRICKS, P.C.                   Peter Bricks
333 Sandy Springs, Cir. NE, Suite 206   Georgia Bar No. *139706*
Atlanta, GA 30328                    *Attorney for Debtor*
(Phone) 770-696-4577, (Fax) 678-791-4788
Email: peter@brickslaw.com

I declare under penalty of perjury that the information provided in this Amendment to Bankruptcy Petition is true and correct.

This the 17th day of December, 2018.

_/s/   Sandra Brooks_
SANDRA BROOKS

**Fill in this information to identify your case:**

Debtor 1: **Sandra Brooks**

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known):

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets** — Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................... $ 320,000.00
   1b. Copy line 62, Total personal property, from Schedule A/B................................ $ 38,436.00
   1c. Copy line 63, Total of all property on Schedule A/B......................................... $ 358,436.00

### Part 2: Summarize Your Liabilities

**Your liabilities** — Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 358,888.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............. $ 0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......... $ 106,672.00

   **Your total liabilities** $ 465,560.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................. $ 3,416.66

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*...................................... $ 3,364.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.
   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **Brooks, Sandra** _____  Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| SANDRA BROOKS | : | CASE NO. 18-69497-BEM |
| aka SANDRA HITT BROOKS | : | |
| aka SANDRA LYNN BROOKS | : | |
| Debtor. | : | JUDGE ELLIS-MONRO |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the below named party with a copy of the within and foregoing:

**AMENDMENT TO SCHEDULE A/B, AND THE SUMMARY OF ASSETS AND LIABILITIES**

by hand delivery or by depositing a copy of in the United States Mail, properly addressed, with postage thereon to ensure delivery of same.

S. Gregory Hays
Chapter 13 Trustee (*via ECF*)

Sandra Brooks
212 Ivey Park Lane
Norcross, GA 30092

This the 17th day of December, 2018.

By:

PEACHTREE LAW GROUP, P.A.          /s/ Peter Bricks
PETER BRICKS, P.C.                  Peter Bricks
333 Sandy Springs, Cir. NE, Suite 206   Georgia Bar No. *139706*
Atlanta, GA 30328                   *Attorney for Debtor*
(Phone) 770-696-4577, (Fax) 678-791-4788
Email: peter@brickslaw.com