**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| SANDRA BROOKS | : | CASE NO. 18-69497-BEM |
| aka SANDRA HITT BROOKS | : | |
| aka SANDRA LYNN BROOKS | : | |
| Debtor. | : | JUDGE ELLIS-MONRO |

**AMENDMENT TO SCHEDULE C, AND THE SUMMARY OF ASSETS AND LIABILITIES**

COMES NOW the debtor SANDRA BROOKS, and hereby files this Amendment to the voluntary petition as follows:

1.

Debtor amends Schedule C to change the claimed exemption of her Brighthouse life policy variable annuity to statute OCGA §44-13-100(a)(6), in the amount of $6,713.00.

2.

Debtor amends Schedule C to withdraw her claim of exemption under statute OCGA §44-13-100(a)(6) for the asset listed under category "Interests in Partnerships or Joint Ventures", described as "SMG II, LLC".

3.

Debtor amends the Summary of Assets and Liabilities to reflect these changes.

WHEREFORE, said Debtor has appropriately amended her bankruptcy petition.

This the 21st day of May, 2019.

                                                      by: /s/ Peter Bricks
                                                    Peter Bricks
                                                    Georgia Bar. No. 139706

Peter Bricks, P.C.                           Attorney for Debtor
333 Sandy Springs Circle, NE, Suite 206
Atlanta, Georgia 30328
Ph: (770) 696-4577
Fax: (678) 791-4788
peter@brickslaw.com

  I declare under penalty of perjury that the information provided in this Amendment to Schedule C of the Bankruptcy Petition is true and correct.

  This the 21tst day of May, 2019.

                  /s/   Sandra Brooks
                  SANDRA BROOKS

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sandra** | | **Brooks** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number
(if known)

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **14700 Front Beach Rd Unit 2536 Panama City Beach FL, 32413-3519 County : Bay**<br>Line from *Schedule A/B*: **1.1** | $320,000.00 | ■    $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Ford<br>Escape AWD<br>2014<br>35000**<br>Line from *Schedule A/B*: **3.1** | $13,000.00 | ■    $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **Household good worth approx. $1,250.00 with the most expensive items being furniture worth $700.00, television worth $50.00 and computers woth $250.00**<br>Line from *Schedule A/B*: **6.1** | $1,250.00 | ■    $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **IPad mini**<br>Line from *Schedule A/B*: **7.1** | $50.00 | ■    $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

| Debtor 1 | **Brooks, Sandra** | | Case number (if known) | |
|---|---|---|---|---|
| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | | **Specific laws that allow exemption** |

| Property | Current value | Exemption amount | | Law |
|---|---|---|---|---|
| **Misc. art** Line from *Schedule A/B*: **8.1** | $1,000.00 | ■ | $1,000.00 | **O.C.G.A. § 44-13-100(a)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothes** Line from *Schedule A/B*: **11.1** | $400.00 | ■ | $400.00 | **O.C.G.A. § 44-13-100(a)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc. items worth $50.00, ivory necklace worth $50.00 and diamond ring worth $2,750** Line from *Schedule A/B*: **12.1** | $2,850.00 | ■ | $500.00 | **O.C.G.A. § 44-13-100(a)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc. items worth $50.00, ivory necklace worth $50.00 and diamond ring worth $2,750** Line from *Schedule A/B*: **12.1** | $2,850.00 | ■ | $2,350.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash on hand** Line from *Schedule A/B*: **16.1** | $25.00 | ■ | $25.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Regions Bank, joint owner of account worth $10.00 (bare legal title)** Line from *Schedule A/B*: **17.1** | $0.00 | ■ | $0.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Regions Bank, sole owner** Line from *Schedule A/B*: **17.2** | $2,091.00 | ■ | $2,091.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Paypal Account** Line from *Schedule A/B*: **17.4** | $0.00 | ■ | $0.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Pension with Brighthouse** Line from *Schedule A/B*: **21.1** | $16,000.00 | ■ | $6,713.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **IRA with Regions Bank** Line from *Schedule A/B*: **21.2** | $1,000.00 | ☐ | | **O.C.G.A. § 44-13-100(a)(2.1)** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **Owner of sandrabrookscollection.com** Line from *Schedule A/B*: **35.2** | $10.00 | ■ | $10.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Owner of farmhouse-17.com** Line from *Schedule A/B*: **35.3** | $10.00 | ■ | $10.00 | **O.C.G.A. § 44-13-100(a)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1  **Brooks, Sandra** _____   Case number (if known) _____

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sandra Brooks** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................   $   **320,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B......................................   $   **38,436.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................   $   **358,436.00**

## Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*...   $   **358,888.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..............................   $   **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........................   $   **106,672.00**

   **Your total liabilities**   $   **465,560.00**

## Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*..............................................................   $   **3,416.66**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..........................................................   $   **3,364.00**

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **Brooks, Sandra** _____    Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| SANDRA BROOKS | : | CASE NO. 18-69497-BEM |
| aka SANDRA HITT BROOKS | : | |
| aka SANDRA LYNN BROOKS | : | |
| Debtor. | : | JUDGE ELLIS-MONRO |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the below named party with a copy of the within and foregoing:

**AMENDMENT TO SCHEDULE C, AND THE SUMMARY OF ASSETS AND LIABILITIES**

by hand delivery or by depositing a copy of in the United States Mail, properly addressed, with postage thereon to ensure delivery of same.

S. Gregory Hays
Chapter 13 Trustee (*via ECF*)

Sandra Brooks
212 Ivey Park Lane
Norcross, GA 30092

This the 21st day of May, 2019.

                                                    by:   /s/ Peter Bricks
                                                    Peter Bricks
                                                    Georgia Bar. No. 139706

Peter Bricks, P.C.                      Attorney for Debtor
333 Sandy Springs Circle, NE, Suite 206
Atlanta, Georgia 30328
Ph: (770) 696-4577
Fax: (678) 791-4788
peter@brickslaw.com