# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

| Case No.: | 18-69497-BEM | Trustee Name: | (300320) S. Gregory Hays |
| --- | --- | --- | --- |
| Case Name: | BROOKS, SANDRA | Date Filed (f) or Converted (c): | 11/19/2018 (f) |
| | | § 341(a) Meeting Date: | 12/18/2018 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 06/24/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | One-Half Interest - 14700 Front Beach Rd Unit 2536, Panama City Beach, FL 32413-3519, Bay County<br>Abandoned per Notice filed on 2/22/19, Dkt # 16. | 160,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2014 Ford Escape AWD, 35000 miles<br>Abandoned per Notice filed on 2/22/19, Dkt # 16. | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household good worth approx. $1,250.00 with the most expensive items being furniture worth $700.00, television worth $50.00 and computers woth $250.00 | 1,250.00 | 0.00 | | 0.00 | FA |
| 4 | IPad mini | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. art | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. items worth $50.00, ivory necklace worth $50.00 and diamond ring worth $2,750 | 2,850.00 | 0.00 | | 0.00 | FA |
| 8 | One dog and one cat<br>Abandoned per Notice filed on 2/22/19, Dkt # 16. | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account: Regions Bank, joint owner of account worth $10.00 (bare legal title) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Account: Regions Bank, sole owner | 2,091.00 | 0.00 | | 0.00 | FA |
| 12 | Checking Account: Chase Bank, sole owner | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money: Paypal Account | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Private stock with Aqua Resource<br>Hearing on motion to sell for $5,000 scheduled for 8/4/20. | 500.00 | 500.00 | | 0.00 | 5,000.00 |
| 15* | Life policy variable annuity with Brighthouse<br>Asset amended to change designation from pension to a life policy variable annuity.<br>5/10/20 - (a)(6) Exemption amended to $4,061.33. (See Footnote) | 16,000.00 | 11,938.67 | | 0.00 | 16,000.00 |
| 16 | IRA: IRA with Regions Bank | 1,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 18-69497-BEM | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | BROOKS, SANDRA | Date Filed (f) or Converted (c): | 11/19/2018 (f) |
| | | § 341(a) Meeting Date: | 12/18/2018 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 06/24/2019 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Security Deposit on Rental Unit: Security Deposit with landlord for rental unit | 250.00 | 250.00 | | 0.00 | FA |
| 18 | Liquor License | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Owner of sandrabrookscollection.com | 10.00 | 0.00 | | 0.00 | FA |
| 20 | Owner of farmhouse-17.com | 10.00 | 0.00 | | 0.00 | FA |
| 21* | 25% owner of Greenstone Properties of Holcomb Bridge (See Footnote) | Unknown | 0.00 | | 0.00 | 10,000.00 |
| 22 | 90% owner of Peach Salsa, LLC, 90.00% ownership | Unknown | 0.00 | | 0.00 | FA |
| 23* | SMG II, LLC, 0.43% ownership<br>Exemption amended to $0.00, dkt # 25. (See Footnote) | Unknown | 15,000.00 | | 3,488.00 | 15,000.00 |
| 23 | Assets    Totals    (Excluding unknown values) | $198,436.00 | $27,688.67 | | $3,488.00 | $46,000.00 |

RE PROP# 15    Trustee has requested liquidation of account. Liquidation request is being reviewed by legal department of Brighthouse.

RE PROP# 21    Greenstone Properties of Holcomb Bridge owns real property located at 138 Holcomb Bridge Rd, Norcross. Recovery is only after payment of capital contributions and management fees of other member. Trustee has contacted other member regarding sale of interest.

RE PROP# 23    Trustee is pursuing sale of membership interest.  Trustee expects to receive  small membership distributions until the interest is sold.

**Major Activities Affecting Case Closing:**

The Trustee has resolved exemption associated with certain assets of the Debtor.  A hearing on the sale of the Aqua Resources interest was scheduled for 7/28/20.

A request has been made to liquidate the value of an annuity at Brighthouse Financial.  The net value for the annuity should be received shortly.

Trustee has reached out to SMG regarding the sale of the estate's interest.

The real property associated with the 25% interest in Greenstone Properties is currently listed for sale. A distribution may be received by the estate if the property sells for a significant amount.

**Initial Projected Date Of Final Report (TFR):**    12/31/2020        **Current Projected Date Of Final Report (TFR):**    06/30/2021

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 18-69497-BEM | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** BROOKS, SANDRA | **Date Filed (f) or Converted (c):** 11/19/2018 (f) |
| | **§ 341(a) Meeting Date:** 12/18/2018 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 06/24/2019 |

07/30/2020                                      /s/S. Gregory Hays
――――――――――                          ――――――――――――――――
Date                                            S. Gregory Hays

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-69497-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | BROOKS, SANDRA | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***4559 | Account #: | ******0302 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/22/20 | {23} | Summit Marketing | SMG II - 4th Quarter 2019 Distribution | 1129-000 | 3,488.00 | | 3,488.00 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,483.00 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.93 | 3,477.07 |
| | | | **COLUMN TOTALS** | | **3,488.00** | **10.93** | **$3,477.07** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **3,488.00** | **10.93** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,488.00** | **$10.93** | |

{ } Asset Reference(s)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 18-69497-BEM |
| **Case Name:** | BROOKS, SANDRA |
| **Taxpayer ID #:** | **-***4559 |
| **For Period Ending:** | 06/30/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0302 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $3,488.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,488.00 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---:|---:|---:|
| ******0302 Checking | $3,488.00 | $10.93 | $3,477.07 |
| | $3,488.00 | $10.93 | $3,477.07 |