**IT IS ORDERED as set forth below:**

Date: August 25, 2020



_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-69497-BEM |
| | : | |
| SANDRA BROOKS, | : | CHAPTER 7 |
| *aka* Sandra Hitt Brooks | : | |
| *aka* Sandra Lynn Brooks, | : | |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SANDRA BROOKS, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**ORDER APPROVING SALE OF BUSINESS INTERESTS**

1

15413365v1

On July 7, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Sandra Brooks ("**Debtor**") filed the *Motion to Authorize Sale of Business Interests* [Doc. No. 30] (the "**Motion**").  In the Motion, Trustee requested authority, among other things, to sell (the "**Sale**") the Bankruptcy Estate's shares (the "**Shares**") in Aqua Resources Corporation to Aqua Resources Corporation ("**Purchaser**") for a purchase price of $5,000.00 on an "as is, where is, with all faults" basis.  Trustee also requested that he be authorized to consummate the proposed sale immediately as allowed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

On July 8, 2020, Trustee filed a notice [Doc. No. 33] (the "**Notice**"), amongst other things, setting the Motion for hearing on August 4, 2020 (the "**Hearing**").

Counsel for Trustee certifies that he served the Notice on all requisite parties in interest. [Doc. No. 34].

No creditors or parties in interest filed a response to the relief that Trustee requested in the Motion.

Counsel for Trustee appeared at the calendar call for the Hearing.  No creditors or parties in interest appeared.

The Court having considered the Motion, Notice, and all matters of record in this case; no creditors or parties in interest having opposed the relief requested in the Motion; and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that Trustee is authorized and directed to take any and all actions necessary or appropriate to (i) consummate the Sale of the Shares to Purchaser; and (ii) execute, perform,

15413365v1

consummate, implement, and close fully the Sale together with all additional instruments and documents that may be reasonably necessary.  It is further

**ORDERED** that the Sale of the Shares to Purchaser is "as is," "where is," "with all faults," and without representation or warranty, express or implied, by Trustee.  It is further

**ORDERED** that upon consummation of the closing of the Sale, the Shares shall be transferred and assigned to Purchaser.  It is further

**ORDERED** that this Order shall be binding upon and govern the acts of all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies or units, governmental departments or units, secretaries of state, federal, state, and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register, or otherwise record or release any documents or instruments concerning the transactions contemplated in the Motion. Each and every governmental employee, governmental agency or department is hereby authorized to accept from Trustee and Purchaser any and all documents and instruments necessary and appropriate to consummate the transactions contemplated in the Motion. It is further

**ORDERED** that the transactions contemplated by the Motion are undertaken by the Purchaser in good faith, as that term is used in Section 363(m) of the Bankruptcy Code, and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale of the Shares shall not affect the validity of the Sale to the Purchaser, unless such authorization is duly stayed pending such appeal.  The Purchaser is a purchaser in good faith of the Shares, and he is entitled to all the protections afforded by Section 363(m) of the Bankruptcy Code.  It is further

15413365v1

**ORDERED** that, under Fed. R. Bankr. P. 6004(h), this Order shall be effective and enforceable immediately upon entry, and its provisions shall be self-executing. In the absence of any person or entity obtaining a stay pending appeal, Trustee and Purchaser are free to close the Sale of the Shares at any time. It is further

**ORDERED** that this Court retains exclusive jurisdiction over any action relating to, based upon, or arising from: disputes or controversies relating to or concerning the sale of the Shares or this Order.

### [END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-7030

**Identification of parties to be served**:

Office of United States Trustee, 362 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

Sandra Brooks, 212 Ivey Park Ln, Norcross, GA 30092-4790

Peter B. Bricks, Peter Bricks, P.C., Suite 206, 333 Sandy Springs Circle, N.E., Atlanta, GA 30328

Aqua Resources Corp., 1013A Stafford St., Fort Walton Beach, FL 32547,

Edward D. McNeal, Aqua Resources Corp., 954 Shalimar Pointe Drive, Shalimar, FL 32579

15413365v1

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

15413365v1