# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

| Case No.: | 18-69497-BEM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | BROOKS, SANDRA | Date Filed (f) or Converted (c): | 11/19/2018 (f) |
| | | § 341(a) Meeting Date: | 12/18/2018 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 06/24/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | One-Half Interest - 14700 Front Beach Rd Unit 2536, Panama City Beach, FL 32413-3519, Bay County<br>Abandoned per Notice filed on 2/22/19, Dkt # 16. | 160,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2014 Ford Escape AWD, 35000 miles<br>Abandoned per Notice filed on 2/22/19, Dkt # 16. | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household good worth approx. $1,250.00 with the most expensive items being furniture worth $700.00, television worth $50.00 and computers woth $250.00 | 1,250.00 | 0.00 | | 0.00 | FA |
| 4 | IPad mini | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. art | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. items worth $50.00, ivory necklace worth $50.00 and diamond ring worth $2,750 | 2,850.00 | 0.00 | | 0.00 | FA |
| 8 | One dog and one cat<br>Abandoned per Notice filed on 2/22/19, Dkt # 16. | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account: Regions Bank, joint owner of account worth $10.00 (bare legal title) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Account: Regions Bank, sole owner | 2,091.00 | 0.00 | | 0.00 | FA |
| 12 | Checking Account: Chase Bank, sole owner | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money: Paypal Account | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Private stock with Aqua Resource<br>Hearing on motion to sell for $5,000 scheduled for 8/4/20. | 500.00 | 500.00 | | 5,000.00 | FA |
| 15* | Life policy variable annuity with Brighthouse<br>Asset amended to change designation from pension to a life policy variable annuity.<br>5/10/20 - (a)(6) Exemption amended to $4,061.33. (See Footnote) | 16,000.00 | 11,938.67 | | 13,621.00 | FA |
| 16 | IRA: IRA with Regions Bank | 1,000.00 | 0.00 | | 0.00 | FA |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 18-69497-BEM | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | BROOKS, SANDRA | Date Filed (f) or Converted (c): | 11/19/2018 (f) |
| | | § 341(a) Meeting Date: | 12/18/2018 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 06/24/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Security Deposit on Rental Unit: Security Deposit with landlord for rental unit | 250.00 | 250.00 | | 0.00 | FA |
| 18 | Liquor License | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Owner of sandrabrookscollection.com | 10.00 | 0.00 | | 0.00 | FA |
| 20 | Owner of farmhouse-17.com | 10.00 | 0.00 | | 0.00 | FA |
| 21* | 25% owner of Greenstone Properties of Holcomb Bridge (See Footnote) | Unknown | 0.00 | | 0.00 | 21,000.00 |
| 22 | 90% owner of Peach Salsa, LLC, 90.00% ownership | Unknown | 0.00 | | 0.00 | FA |
| 23* | SMG II, LLC, 0.43% ownership<br>Exemption amended to $0.00, dkt # 25. (See Footnote) | Unknown | 15,000.00 | | 31,221.20 | 18,778.80 |
| 23 | **Assets Totals** (Excluding unknown values) | **$198,436.00** | **$27,688.67** | | **$49,842.20** | **$39,778.80** |

RE PROP# 15   Trustee has requested liquidation of account. Liquidation request is being reviewed by legal department of Brighthouse.

RE PROP# 21   The real property associated with the 25% interest in Greenstone Holcomb Bridge is under contract for a sale on June 6, 2022. The Trustee anticipates receiving approximately $21,000 net from the sale.

RE PROP# 23   Trustee is pursuing sale of membership interest.  Trustee expects to receive membership distributions until the interest is sold.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 18-69497-BEM | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** BROOKS, SANDRA | **Date Filed (f) or Converted (c):** 11/19/2018 (f) |
| | **§ 341(a) Meeting Date:** 12/18/2018 |
| **For Period Ending:** 06/30/2021 | **Claims Bar Date:** 06/24/2019 |

**Major Activities Affecting Case Closing:**

10/9/20 - Trustee received non-exempt portion of Brighthouse annuity after resolution of Debtor's claimed exemption in same through a schedule amendment [Doc. No. 29].

10/15/20 - Trustee received the proceeds from the sale of the bankruptcy estate's interest in Aqua Resources. The sale was approved per Order, Doc. No. 36.

4/21/21 - The real property associated with the 25% interest in Greenstone Holcomb Bridge is under contract for a sale on June 6, 2022. The Trustee anticipates receiving approximately $21,000 net from the sale.

7/14/21 - Trustee continues to receive member distributions from SMG II, LLC.

7/14/21 - Based on recoveries to date and filed claims, the Trustee anticipates submitting his final report upon receipt of the next member distribution from SMG II, LLC, which should be sufficient to satisfy claims in full plus interest. Upon closing of the case, the estate's interest in SMG II and Greenstone Holcomb Bridge will abandon to the Debtor.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):**  12/31/2020 | **Current Projected Date Of Final Report (TFR):**  12/31/2021 |
| 07/30/2021 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-69497-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | BROOKS, SANDRA | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***4559 | Account #: | ******0302 Checking |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/22/20 | {23} | Summit Marketing | SMG II - 4th Quarter 2019 Distribution | 1129-000 | 3,488.00 | | 3,488.00 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,483.00 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.93 | 3,477.07 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.74 | 3,471.33 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.36 | 3,465.97 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.90 | 3,460.07 |
| 10/09/20 | {15} | Brighthouse Life Ins Company | Non-exempt portion of annuity | 1129-000 | 13,621.00 | | 17,081.07 |
| 10/15/20 | {14} | Aqua Resources Corporation | Sale of 200 Shares of Aqua Resources per Order, Dkt # 36. | 1129-000 | 5,000.00 | | 22,081.07 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.59 | 22,059.48 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 34.08 | 22,025.40 |
| 12/28/20 | {23} | Summit Marketing | SMG II - Special Distribution 2020 | 1129-000 | 2,137.13 | | 24,162.53 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 38.95 | 24,123.58 |
| 01/07/21 | {23} | Summit Marketing | SMG II - 4th Quarter 2020 Distribution - See Deposit information regarding taxes withheld and paid | 1129-000 | 8,499.00 | | 32,622.58 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 46.90 | 32,575.68 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 48.72 | 32,526.96 |
| 03/22/21 | {23} | Summit Marketing | SMG II - 2021 Special Distribution | 1129-000 | 17,097.07 | | 49,624.03 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 64.65 | 49,559.38 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 79.42 | 49,479.96 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 74.01 | 49,405.95 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 87.10 | 49,318.85 |
| | | | **COLUMN TOTALS** | | 49,842.20 | 523.35 | **$49,318.85** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 49,842.20 | 523.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$49,842.20** | **$523.35** | |

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 18-69497-BEM |
| **Case Name:** | BROOKS, SANDRA |
| **Taxpayer ID #:** | **-***4559 |
| **For Period Ending:** | 06/30/2021 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0302 Checking |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $49,842.20 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $49,842.20 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---:|---:|---:|
| ******0302 Checking | $49,842.20 | $523.35 | $49,318.85 |
| | $49,842.20 | $523.35 | $49,318.85 |