# United States Bankruptcy Court
# Northern District of Georgia

## REQUEST FOR CHANGE OF ADDRESS

CASE NAME: Sandra Brooks

CASE NO.: 18-69497-BEM    Judge: Ellis-Monro    Chapter: 7

CHANGE FOR

DEBTOR: ✓    CREDITOR: ___    ATTORNEY: Debtor: ___.
Creditor: ___.

NOTE: (For Attorney's Only): IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE: April 5, 2022.

NAME: Sandra Brooks

NEW ADDRESS: 500 Thrasher Street, #4115

Norcross, GA 30071

_____
(Telephone Number)

*************************************************************************

NAME: Sandra Brooks

OLD ADDRESS: 212 Ivey Park Ln.

Norcross, GA 30092-4790

CHANGE OF ADDRESS WAS FURNISHED BY: ☐Debtor  ☐Creditor  ✓Attorney

Date: April 5, 2022    Signature of Filer: /s/ Peter Bricks

Attorney Name: Peter Bricks.
BAR I.D. NUMBER: 139706
Address: 333 Sandy Springs Cir. NE, Suite 206
Atlanta, GA 30328