UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-69497-BEM |
| | : | |
| SANDRA BROOKS, | : | CHAPTER 7 |
| *aka* Sandra Hitt Brooks | : | |
| *aka* Sandra Lynn Brooks, | : | |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF *TRUSTEE'S MOTION FOR AUTHORITY TO PAY ADMINISTRATIVE EXPENSES OF CHAPTER 7 ESTATE*; DEADLINE TO OBJECT; AND FOR HEARING**

**PLEASE TAKE NOTICE** that on April 11, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Sandra Brooks, filed a motion for authority to pay administrative expenses of the bankruptcy estate, seeking authority to pay up to $2,970.00 to the Georgia Department of Revenue for State income taxes and up to $11,330.00 to the Internal Revenue Service for federal income taxes for calendar year 2021 [Doc. No. 43] (the "**Motion**").[1]

Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Arnall Golden Gregory

---

[1] As set out in the Motion, Trustee estimates that the actual taxes owed to these taxing authorities is $10,300.00 to the IRS and $2,700.00 to the GADOR, but he is seeking additional authority out of abundance of caution.

18024879v1

LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Motion has been scheduled for **May 17, 2022.** The Court will hold an initial telephonic hearing for announcements on the Motion at the following number: toll-free number: **833-568-8864; meeting ID 160 862 0914**, **at 10:00 a.m.** in **Courtroom 1402**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with the initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

18024879v1

Dated: April 12, 2022.

                        ARNALL GOLDEN GREGORY LLP
                        *Attorneys for Trustee*

                        By: */s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100     Michael J. Bargar
Atlanta, GA 30363     Georgia Bar No. 645709
404.873-7031     michael.bargar@agg.com

18024879v1