**IT IS ORDERED as set forth below:**

**Date: May 13, 2022**



_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-69497-BEM |
| | : | |
| SANDRA BROOKS, | : | CHAPTER 7 |
| *aka* Sandra Hitt Brooks | : | |
| *aka* Sandra Lynn Brooks, | : | |
| | : | |
| Debtor. | : | |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES**

On April 11, 2022, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Sandra Brooks ("**Trustee**"), filed a motion for authority to pay administrative expenses of the bankruptcy estate, seeking authority to pay up to $2,970.00 to the Georgia Department of Revenue for State income taxes and $11,330.00 to the Internal Revenue Service for federal income taxes for calendar year 2021 [Doc. No. 43] (the "**Motion**").

18155815v1

In the Motion, Trustee shows that there are sufficient funds in this bankruptcy estate with which to make the foregoing payments, and Trustee submits that such payments are proper as administrative expenses of the bankruptcy estate.

On April 12, 2022, Trustee filed a *Notice of Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate; Deadline to Object; and for Hearing* [Doc. No. 44] (the "**Notice**"), in accordance with the Second Amended and Restated General Order No. 24-2018, and setting a hearing on the Motion on May 17, 2022 (the "**Hearing**"). Counsel for Trustee certifies that he served the Notice on all requisite parties in interest. [Doc. No. 45].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in the Second Amended and Restated General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is granted and Trustee is authorized to pay up to $2,970.00 to the Georgia Department of Revenue for State income taxes and up to $11,330.00 to the Internal Revenue Service for federal income taxes.

**[END OF DOCUMENT]**

18155815v1

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax:  (404) 873-7031
michael.bargar@agg.com

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Sandra Brooks
212 Ivey Park Ln
Norcross, GA 30092-4790

Sandra Brooks
500 Thrasher Street, #4115
Norcross, GA 30071

Peter B. Bricks
Peter Bricks, P.C.
Suite 206
333 Sandy Springs Circle, N.E.
Atlanta, GA 30328

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW Atlanta, GA 30305-2153

18155815v1