UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SANDRA BROOKS, | : | CASE NO. 18-69497-BEM |
| *aka Sandra Hitt Brooks* | : | |
| *aka Sandra Lynn Brooks* | : | |
| | : | |
| Debtor. | : | |

### NOTICE OF ABANDONMENT OF CERTAIN
### PROPERTY OF THE ESTATE

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the following described property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate:

> **Interest in Greenstone Holcomb Bridge, LLC**
>
> **Any future payments relating to interest in SMG II, LLC**

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice.  If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court.  If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

This 30th day of June, 2022.

                                                                                                */s/ S. Gregory Hays*

Hays Financial Consulting, LLC             S. Gregory Hays
2964 Peachtree Road, NW, Ste 555       Chapter 7 Trustee
Atlanta, GA 30305
(404) 926-0060