UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SANDRA BROOKS, | : | CASE NO. 18-69497-BEM |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) [Docket # 53]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION, DEADLINE TO OBJECT AND HEARING [Docket # 54]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 20th day of July, 2022.

                                                     */s/ S. Gregory Hays*
                                                   S. Gregory Hays
                                                   Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Case 18-69497-bem    Doc 55    Filed 07/20/22    Entered 07/20/22 14:06:37    Desc Main
Document    Page 2 of 4

```
Label Matrix for local noticing        American Express                        American Express National Bank
113E-1                                 PO Box 981537                           c/o Becket and Lee LLP
Case 18-69497-bem                      El Paso, TX  79998-1537                 PO Box 3001
Northern District of Georgia                                                   Malvern  PA 19355-0701
Atlanta
Wed Jul 20 14:01:11 EDT 2022

American Express/Delta Sky Miles       Arnall Golden Gregory LLP               Michael J. Bargar
PO Box 981537                          Arnall Golden Gregory LLP               Arnall Golden Gregory, LLP
El Paso, TX  79998-1537                171 17th Street NW, Suite 2100          Suite 2100
                                       Atlanta, GA 30363-1031                  171 17th Street, N.W.
                                                                               Atlanta, GA 30363-1031

Peter B. Bricks                        Sandra Brooks                           Capital One Bank (USA), N.A.
Peter Bricks, P.C.                     500 Thrasher Street, #4115              by American InfoSource as agent
Suite 206                              Norcross, GA 30071-2498                 4515 N Santa Fe Ave
333 Sandy Springs Circle, N.E.                                                 Oklahoma City OK 73118-7901
Atlanta, GA 30328-3834

Capital One Bank USA NA/Spark Business Capital One/Saks Mastercard             (p)CARMAX AUTO FINANCE
10700 Capitol One Way                  PO Box 30253                            225 CHASTAIN MEADOWS CT
Glen Allen, VA  23060-9243             Salt Lake City, UT  84130-0253          KENNESAW GA 30144-5897

Chase Card/INK VIsa                    Chase Card/SWA Visa                     Chase/LOC
PO Box 15298                           PO Box 15298                            PO Box 15298
Wilmington, DE  19850-5298             Wilmington, DE  19850-5298              Wilmington, DE  19850-5298

ChexSystems                            Citicards CBNA/Diamond Mastercard       (p)PNC BANK RETAIL LENDING
Attn: Consumer Relations               PO Box 6241                             P O BOX 94982
7805 Hudson Rd Ste 100                 Sioux Falls, SD  57117-6241             CLEVELAND OH 44101-4982
Saint Paul, MN 55125-1703

Discover Bank                          (p)DISCOVER FINANCIAL SERVICES LLC      Equifax Credit Information Services, Inc
Discover Products Inc                  PO BOX 3025                             PO Box 740241
PO Box 3025                            NEW ALBANY OH 43054-3025                Atlanta, GA  30374-0241
New Albany, OH  43054-3025

Experian                               (p)GEORGIA DEPARTMENT OF REVENUE        S. Gregory Hays
701 Experian Pkwy                      COMPLIANCE DIVISION                     Hays Financial Consulting, LLC
Allen, TX 75013-3715                   ARCS BANKRUPTCY                         Suite 555
                                       1800 CENTURY BLVD NE SUITE 9100         2964 Peachtree Road
                                       ATLANTA GA 30345-3202                   Atlanta, GA 30305-4909

Hays Financial Consulting, LLC         Internal Revenue Service                NCO Financial
S. Gregory Hays                        PO Box 7346                             507 Prudential Rd
2964 Peachtree Road NW                 Philadelphia, PA  19101-7346            Horsham, PA  19044-2308
Suite 555
Atlanta, Ga 30305-4909

National Arbitration Forum             Office of the United States Trustee     (p)TELECHECK SERVICES INC
PO Box 50191                           362 Richard Russell Building            P O BOX 6806
Minneapolis, MN  55405-0191            75 Ted Turner Drive, SW                 HAGERSTOWN MD 21741-6806
                                       Atlanta, GA 30303-3315
```

TransUnion Consumer Solutions
PO Box 2000
Chester, PA 19016-2000

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CarMax Auto Finance
225 Chastain Meadows Ct.
Kennesaw, GA 30144

(d)CarMax Auto Finance
225 Chastain Meadows Ct NW
Kennesaw, GA 30144-5897

Compass Bank
PO Box 11830
Birmingham, AL 35202-1830

Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850-5316

Georgia Department Of Revenue
PO Box 161108
Atlanta, GA 30321-1108

TeleCheck Services, Inc.
5251 Westheimer Rd
Houston, TX 77056-5412

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31